1
2
3
4
5
6



7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, | Case No.: CR04-00869-R-) |
| 11              Plaintiff, | |
| 12        vs. | ORDER OF DETENTION AFTER HEARING |
| 13 | [Fed.R.Crim.P. 32.1(a)(6); |
| 14  Samuel Tenglo Castro, Jr. | 18 U.S.C. 3143(a)] |
| 15              Defendant. | |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____C D Cal_____ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _no evid. by D; no interview; no resources_

and/or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: no evid by ∆; record; nature of charges

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 3/21/13

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE