FILED
CLERK, U.S. DISTRICT COURT
FEB -4 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CR04-869 R

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>v. )<br>Samuel Tenslo Castro, Jr )<br>      Defendant. ) | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

   On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

   The court finds no condition or combination of conditions that will reasonably assure:

   (A)  (√)  the appearance of defendant as required; and/or

   (B)  (√)  the safety of any person or the community.

//

//

```
 1           The court concludes:
 2   A.  (X)  Defendant poses a risk to the safety of other persons or the community
 3           because defendant has not demonstrated by clear and convincing
 4           evidence that:
 5           he can abide by court order
 6           _____
 7           _____
 8           _____
 9
10   (B) ( )  Defendant is a flight risk because defendant has not shown by clear
11           and convincing evidence that:
12           _____
13           _____
14           _____
15           _____
16
17           IT IS ORDERED that defendant be detained.
18
19   DATED: 2/4/14
20
21
22                              /s/
23                         STEPHEN J. HILLMAN
                    UNITED STATES MAGISTRATE JUDGE
```

2